[No. 22822-0-II.    Division Two.    September 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN LUCINO PACHECO, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 97-1-00313-2, Gordon Godfrey, J., entered January 5, 1998. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Hunt, JJ.

[No. 23378-9-II.    Division Two.    September 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH JEROME SHANAHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-01439-7, Thomas P. Larkin, J., entered May 12, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 39746-0-I.    Division One.    September 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN ORRA SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 95-1-00090-9, Joan H. McPherson, J., entered November 25, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Becker, JJ.

[No. 40315-0-I.    Division One.    September 13, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. MERWIN L. TIMBLIN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-08040-5, George A. Finkle, J., entered February 6, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Kennedy, C.J., and Agid, J.